UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Michael Cash,

Plaintiff,

v.

Dr. Ronald W. Garner, Individually and in his
Official Capacity as Superintendent of
Spartanburg District One Schools; and
Spartanburg County School District One,

Defendants.

C.A. No. 0: 16-cv-_____

**NOTICE OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT**

Defendants, Dr. Ronald W. Garner, Individually and in his Official Capacity as

Superintendent of Spartanburg District One Schools (hereinafter, "Garner") and Spartanburg

County School District One (hereinafter the "District," and collectively, the "Defendants"), by

and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446(a),

hereby file their Notice of Removal, based on the following grounds:

1.      Plaintiff commenced this action by filing a Summons and Complaint in the South

Carolina Court of Common Pleas, Spartanburg County, on January 21, 2016.  That action is

styled Michael Cash vs. Dr. Ronald W. Garner, Individually and in his Official Capacity as

Superintendent of Spartanburg District One Schools; and Spartanburg County School District

One, C.A. No. 2016-CP-42-243.  (See **Exhibit A**, attached hereto.)

2.      Defendants received the Summons and Complaint on January 25, 2016, and

counsel for Defendants accepted service on January 25, 2016.

3.      The present action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) because at least one of Plaintiff's claims arises under the laws of the United States.

4.      In Paragraphs 35 through 42 of the Complaint, Plaintiff asserts an action pursuant to 42 U.S.C. §1983 for violations of the First Amendment right to freedom of speech.  Therefore, Plaintiff's Complaint may be properly removed on the basis of federal question jurisdiction.

5.      This Court also has supplemental jurisdiction over any State law claims raised in Plaintiff's Complaint, since such claims form part of the same case or controversy as Plaintiff's federal claims.  28 U.S.C. § 1367(a); *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966); *Shanaghan v. Cahill*, 58 F.3d 106, 109 (4th Cir. 1995).  Therefore, this entire action is removable under 28 U.S.C. § 1441(c).

6.      This Notice of Removal is filed within thirty (30) calendar days after receipt by Defendants, by service or otherwise, of a copy of the initial pleading setting forth Plaintiff's federal cause of action and other claims for relief, and is therefore timely under 28 U.S.C. § 1446(b).

7.      Venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a) as the United States District Court of South Carolina, Spartanburg Division, is the district and division wherein the State court action is pending and the circumstances giving rise to this action occurred.

8.      Defendants will file a copy of this Notice of Removal with the Clerk of Court of Common Pleas of Spartanburg County, South Carolina, and will give written notice of the removal to Plaintiff by serving a copy of the Notice of Removal on Plaintiff's counsel, as

required by 28 U.S.C. § 1446(d).  Copies of the Notice to State Court of Filing of Notice of

Removal and Notice to Plaintiff of Removal are attached hereto as **Exhibit B**.

WHEREFORE, Defendants pray that this Court accepts this Notice of Removal

and that this Court take jurisdiction of the above-entitled case and that all further proceeding in

the South Carolina Court of Common Pleas, Spartanburg County, bearing Civil Action Number

2016-CP-42-243 be stayed.

Respectfully Submitted:

DUFF, WHITE & TURNER, L.L.C.

By:_s/  David T. Duff_____
   David T. Duff (Fed. ID # 623)
   David N. Lyon (Fed. ID # 12095)
   P.O. Box 1486
   Columbia, SC  29202
   Telephone: (803) 790-0603
   Facsimile: (803) 790-0605
   dduff@dwtlawfirm.com
   dlyon@dwtlawfirm.com

Attorneys for Defendants

February 23, 2016
Columbia, South Carolina